UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:23-CV-00156-GNS

AMERICA'S HOME PLACE, INC.                                            PLAINTIFF

v.

JASON DUVALL                                                        DEFENDANT

## ORDER

The Court having been advised that this action cannot proceed to disposition because of the Chapter 13 bankruptcy in the U.S. Bankruptcy Court for the Western District of Kentucky (Case No. 24-10020).

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall mark this action closed for statistical purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction, and that the case shall be restored to the active docket upon motion of a party if circumstances change, so that it may proceed to final disposition. This order shall not prejudice the rights of the parties to this litigation.

Greg N. Stivers, Chief Judge
United States District Court

September 25, 2024

cc:     counsel of record